June 19, 2006

Mr. John B. Hall
Locke Liddell & Sapp LLP
600 Travis, Suite 3400
Houston, TX 77002
Mr. John Milton Black
One Allen Center
500 Dallas Ste 3100
Houston, TX 77002

RE: Case Number: 04-0606
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE SILICA PRODUCTS LIABILITY LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel dismissed for want of
jurisdiction GlobalSantaFe's Motion for Reconsideration of Remand Order and
delivered the enclosed opinion in the above-referenced case. (Justice
Castillo not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Robert E. Thackston |
| |Mr. Bruce W. Steckler |
| |Mr. Steven Russell |
| |Multidistrict Litigation Panel |
| |(via email) |